# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161492(13)(15)(18)

*In re* CERTIFIED QUESTIONS FROM THE
UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF MICHIGAN,
SOUTHERN DIVISION

_____

MIDWEST INSTITUTE OF HEALTH, PLLC,
doing business as GRAND HEALTH PARTNERS,
WELLSTON MEDICAL CENTER, PLLC,
PRIMARY HEALTH SERVICES, PC, and
JEFFERY GULICK,
       Plaintiffs,

v

GOVERNOR OF MICHIGAN, MICHIGAN
ATTORNEY GENERAL, and MICHIGAN
DEPARTMENT OF HEALTH AND HUMAN
SERVICES DIRECTOR,
       Defendants.

SC: 161492
USDC-WD: 1:20-cv-414

_____/

On order of the Chief Justice, the separate motions of (1) LONANG Institute, (2) Katherine Henry, and (3) House Democratic Leader Christine Greig and the House Democratic Caucus to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those entities are accepted for filing. On further order of the Chief Justice, the motion of amicus Katherine Henry for separate oral argument time is GRANTED. Counsel for the parties and amicus are allotted the following oral argument times at the Court's special session on September 2, 2020: Counsel for plaintiffs = 30 minutes; counsel for the Governor of Michigan and Department of Health and Human Services Director = 20 minutes; counsel for the Attorney General = 20 minutes; amicus Katherine Henry = 5 minutes.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2020



Clerk